IN THE SUPREME COURT OF TEXAS

 No. 08-1064

 IN RE POLYMERICA, LLC D/B/A GLOBAL ENTERPRISES, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay, filed February 12, 2009, is
granted. All trial court proceedings in Cause No. 2007-558, styled
Anelica Soltero v. Polymerica, LLC d/b/a Global Enterprises, in the County
Court at Law No 6 of El Paso County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 24, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk